IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD N. HOLLANDER,<br><br>Defendant. | No. C08-1039<br><br>ORDER ESTABLISHING BRIEFING<br>SCHEDULE |

This matter comes before the Court on the Request Pursuant to FED. R. CIV. P. 54(d)(2)(C) for Opportunity for Adversary Submissions (docket number 139) filed by Plaintiff on May 26, 2011; the Resistance (docket number 140) filed by the Defendant on the same date; and the Reply (docket number 143) filed by the Plaintiff on May 31, 2011.

This case came on for trial beginning on May 2, 2011. On May 6, 2011, the jury returned a verdict in favor of Defendant Richard N. Hollander. Judgment entered accordingly. *See* docket number 136.

Hollander then filed a Motion for Attorney's Fees (docket number 138), asserting that Plaintiff American Family Mutual Insurance Company is required, pursuant to Iowa Code section 91A.8, to pay his attorney fees. In its instant "request," American Family proposes that the Court adopt a briefing schedule which would permit American Family to file a resistance within 30 days of the date of filing of Hollander's motion for attorney's fees, or June 22, 2011. American Family further proposes that Hollander be given an additional 15 days, or July 7, 2011, to file a reply. In his resistance, Hollander argues that the time limits established by the local rules for contested motions should apply. Pursuant

1

to Local Rules 7.e and 6, American Family's resistance to the motion for attorney fees is June 9, 2011. Hollander's reply would then be due not later than June 20, 2011.

In preparing to respond to American Family's resistance, Hollander served American Family with additional interrogatories and requests for production of documents. Hollander asked the Court to order American Family to expedite its responses to those discovery requests. However, in its response to the motion to expedite, American Family stipulated to the hourly rates charged by Hollander's attorneys, and further stipulated that the "overall amount of time spent" defending Hollander, as set forth in the fee application, is fair and reasonable. Moreover, American Family waived "its right to an evidentiary hearing on any issue relating to Hollander's fee application." That is, American Family agrees that the dispute may be resolved by submission of briefs and oral arguments.

American Family asserts that its "request" pursuant to FED. R. CIV. P. 54(d)(2)(C) is not governed by the limitations for "motions" found in the local rules. The Court finds it unnecessary to resolve this dispute. The Court believes that the modest 13-day extension for briefing, requested by American Family, is reasonable and should be granted.

## ORDER

IT IS THEREFORE ORDERED that American Family's Request (docket number 139) is **GRANTED**, as follows:

1. American Family's resistance to Hollander's motion for attorney fees must be filed not later than **June 22, 2011**.

2. Hollander's reply, if any, to American Family's resistance must be filed not later than **July 7, 2011**.

DATED this 3rd day of June, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA