110112Nf

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RICHARD N. HOLLANDER, | ) ) |
| Defendant. | ) |

No. C 08-1039

ORDER

This matter is before the court on defendant's resisted Motion to Perpetuate Video Testimony During Pendency of Appeal, filed October 19, 2012. Denied.

Following the trial of this matter, judgment was entered in defendant's favor. Plaintiff appealed, and the matter remains pending on appeal. Defendant asserts that he has grave medical matters pending that make it unlikely he will survive to participate or testify at any new trial, in the event a new trial is required. Pursuant to FRCP 27 defendant seeks to preserve his trial testimony via video tape so that testimony can be used by video in any subsequent trial. Plaintiff resists, asserting that the testimony defendant seeks to preserve has been preserved twice before, in a FRCP 30 deposition, and during the trial in this matter as preserved in transcripts, and that defendant has come forward with no showing as to any evidence that might be lost during the pendency of the appeal.

FRCP 27(b) provides that the court where a judgment has been rendered may, if an appeal has been taken, permit a party to depose witnesses to perpetuate their testimony for use in the event of further proceeding, if the court "finds that perpetuation of testimony may prevent a failure or delay of justice." FRCP 27(b)(3). There is no assertion here that defendant's testimony is not already preserved – rather, defendant seeks to take the additional step of preserving trial testimony by videotape. While the court is not unsympathetic to the idea that video testimony may be preferable to reading from transcripts, the court is unable to find that additional preservation by video "may prevent a failure or delay of justice."

It is therefore

ORDERED

Denied.

November 5, 2012.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT